# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODO PRODUCTIONS, LLC,<br>   Plaintiff,<br><br>   v.<br><br>BLUE REVOLVER, INC.,<br>   Defendant. | CV 20-4686 DSF (JPRx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

  Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, the citizenship of one or more limited liability company parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Plaintiff is ordered to file an amended complaint no later than June 15, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

  IT IS SO ORDERED.

Date: May 29, 2020

                 _____
                 Dale S. Fischer
                 United States District Judge